QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>                            )<br>ENZOR HENDERSON,            )<br>            Defendant.      )<br>_____ | NO. CR.S-04-326-GEB<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 24, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 10, 2005 shall be vacated and a status conference scheduled for June 24, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

June 24, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 9, 2005.                    Respectfully submitted,

                                                QUIN DENVIR
                                                Federal Public Defender

DATED: June 9, 2005.                    /s/ MARK J. REICHEL
                                                MARK J. REICHEL
                                                Assistant Federal Defender
                                                Attorney for Defendant

                                                McGREGOR SCOTT
                                                United States Attorney

DATED: June 9, 2005.                    /s/ MARK J. REICHEL for
                                                KEN MELIKIAN
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice and hearing continued for the reasons set forth herein above and for the dates and times set forth therein pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 9, 2005

                                      /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge