QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>    Plaintiff, )<br>              )<br> v.           )<br>              )<br>              )<br>ENZOR HENDERSON, )<br>    Defendant. )<br>_____ | NO. CR.S-04-326-GEB<br><br>**STIPULATION AND ORDER;<br>EXCLUSION OF TIME**<br><br>Date: July 1, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 24, 2005 shall be vacated and a status conference scheduled for July 1, 2005 at 9:00 a.m.

   This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

July 1, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  June 23, 2005                    Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender


DATED:  June 23, 2005                    /s/ MARK J. REICHEL
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Defendant


                                         McGREGOR SCOTT
                                         United States Attorney


DATED:  June 23, 2005                    /s/ MARK J. REICHEL for
                                         KEN MELIKIAN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice and hearing continued for the reasons set forth herein above and for the dates and times set forth therein pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 23, 2005


                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge

Stip and Order                           2