QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br><br>ENZOR HENDERSON,<br>　　　　　　Defendant. | NO. CR.S-04-326-GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: October 28, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 7, 2005 shall be vacated and a status conference scheduled for October 28, 2005 at 9:00 a.m.

　　　This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

October 28, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 6, 2005                    Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Public Defender


DATED: October 6, 2005                    /s/ MARK J. REICHEL
                                          MARK J. REICHEL
                                          Assistant Federal Defender
                                          Attorney for Defendant


                                          McGREGOR SCOTT
                                          United States Attorney


DATED: October 6, 2005                    /s/ MARK J. REICHEL for
                                          KEN MELIKIAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice and hearing continued for the reasons set forth herein above and for the dates and times set forth therein pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: October 12, 2005

                         /s/ Garland E. Burrell, Jr.
                         GARLAND E. BURRELL, JR.
                         United States District Judge