QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     v.                                 )<br>                                        )<br>                                        )<br>                                        )<br>ENZOR HENDERSON,                        )<br>            Defendant.                 )<br>_____         | NO. CR.S-04-326-GEB<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: November 4, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 28, 2005 shall be vacated and a status conference scheduled for November 4, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

November 4, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 26, 2005                    Respectfully submitted,

                                                  QUIN DENVIR
                                                  Federal Public Defender

DATED: October 26, 2005                    /s/ MARK J. REICHEL
                                                  MARK J. REICHEL
                                                  Assistant Federal Defender
                                                  Attorney for Defendant

                                                  McGREGOR SCOTT
                                                  United States Attorney

DATED: October 26, 2005                    /s/ MARK J. REICHEL for
                                                  KEN MELIKIAN
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice and hearing continued for the reasons set forth herein above and for the dates and times set forth therein pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  October 26, 2005

                                               /s/ Garland E. Burrell, Jr.
                                               GARLAND E. BURRELL, JR.
                                               United States District Judge