QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>                            )<br>ENZOR HENDERSON,            )<br>          Defendant.        )<br>_____ | NO. CR.S-04-326-GEB<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: December 2, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 18, 2005 shall be vacated and a status conference scheduled for December 2, 2005 at 9:00 a.m.

     This continuance is requested as defense counsel needs additional time to attempt to resolve the case with a plea agreement with the United States, to attempt to accurately determine the defendant's potential sentence exposure under a plea agreement, and to examine possible defenses and to continue investigating the facts of the case.

1   Accordingly, all counsel and the defendant agree that time under
2 the Speedy Trial Act from the date this stipulation is lodged, through
3 December 2, 2005, should be excluded in computing the time within which
4 trial must commence under the Speedy Trial Act, pursuant to Title 18
5 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6 DATED: November 17, 2005                    Respectfully submitted,

7                                             QUIN DENVIR
                                              Federal Public Defender
8

9
10 DATED: November 17, 2005                   /s/ MARK J. REICHEL
                                              MARK J. REICHEL
                                              Assistant Federal Defender
11                                            Attorney for Defendant

12
                                              McGREGOR SCOTT
13                                            United States Attorney

14

15 DATED: November 17, 2005                   /s/ MARK J. REICHEL for
                                              KEN MELIKIAN
16                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff

17

18                              **O R D E R**

19   **IT IS SO ORDERED.** Time is excluded in the interests of justice
20 and hearing continued for the reasons set forth herein above and for
21 the dates and times set forth therein pursuant to 18 U.S.C. § 3161
22 (H)(8)(B)(iv) and Local Code T4.

23 Dated:  November 22, 2005

24
                                      /s/ Garland E. Burrell, Jr.
25                                    GARLAND E. BURRELL, JR.
                                      United States District Judge
26

27

28

Stip and Order                                2