```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ENZOR HENDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>   v.<br>ENZOR HENDERSON,<br>              Defendant. | NO. CR.S-04-326-GEB<br><br>**AMENDED STIPULATION OF THE PARTIES FOR THE PREPARATION OF A PRE PLEA PRESENTENCE INVESTIGATION AND REPORT; ORDER ON EXCLUSION OF TIME**<br><br>Date: January 27, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYMBERLY SMITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 2, 2005 shall be vacated. The parties further stipulate in their request that this court order the preparation of a Pre Plea Presentence Investigation and Report.  The parties further stipulate to a return to court on the date of January 27, 2006 for a change of plea.

    The parties advise the court that they are in good faith

negotiations to resolve the case at present. The specifics of the case and the defendant's prior criminal history make the negotiations and possible prediction of the likely consequences of a guilty plea difficult.  An investigation and report back to the parties from the probation department would greatly assist the parties in their effort to resolve the case, as the parties would have a reliable answer from a competent source.  The report would add some certainty to the parties attempts to resolve the case.

Accordingly, all counsel and the defendant agree that the time under the Speedy Trial Act from the date this stipulation is lodged, through January 27, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 pursuant to 18 U.S.C. § 3161(H)(1)(I) delay resulting from consideration by the Court and its Probation Office of the proposed plea agreement.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender


DATED: November 29, 2005        /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Assistant Federal Defender
                                Attorney for Defendant


                                McGREGOR SCOTT
                                United States Attorney


DATED: November 29, 2005        /s/ MARK J. REICHEL for
                                KIMBERLY SMITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

2

**O R D E R**

**IT IS SO ORDERED.** Time under the Speedy Trial Act is excluded in the interests of justice and the hearing continued for the reasons set forth herein above and for the dates and times set forth therein pursuant to Title 18 U.S.C. § 3161(H)(1)(I) delay resulting from consideration by the Court and its Probation Office of the proposed plea agreement.

DATED:   December 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge